# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __7__

Hickman

-v-

Curcio et al

U.S.C.A. # _____

U.S.D.C. # __08-cv-2095__

JUDGE: __KMW__

DATE: __May 22, 2008__

*(Stamp: MAY 22 2008)*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                                 DOC. #

_____CLERK'S CERTIFICATE_____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____

( X ) **Original Record**                                    (____) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __22nd__ Day of __MAY__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

Heckman

-v-

Curcio

--------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2095

JUDGE: KMW

DATE: May 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of MAY In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02095-KMW
### Internal Use Only

Hickman v. Curcio et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Darin Dwayne Hickman.(jeh) (Entered: 03/14/2008) |
| 03/03/2008 | 2 | COMPLAINT against P. Curcio, Edwards Knight, Captain Chong, Tony McCloud, Ronald Jones. Document filed by Darin Dwayne Hickman.(jeh) (Entered: 03/14/2008) |
| 03/03/2008 |  | Magistrate Judge Theodore H. Katz is so designated. (jeh) (Entered: 03/14/2008) |
| 03/03/2008 | 3 | ORDER OF DISMISSAL;Plaintiff's request to proceed in forma pauperis is granted, Accordingly, this pro se complaint the close and sympathetic reading to which it is entitled, plaintiff's allegations fail to state a claim under 42 U.S.C. 1983 on which relief may be granted and the complaint is therefor dismissed. 28 U.S.C. 1915(e)(2)(B) (ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 03/03/2008) (jeh) (Entered: 03/14/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2)(B) (ii). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 03/03/2008) (jeh) (Entered: 03/14/2008) |
| 04/11/2008 | 5 | MOTION for Reconsideration re: 3 Order Dismissing Complaint (I.F.P.). Document filed by Darin Dwayne Hickman.(rw) (Entered: 04/18/2008) |
| 05/12/2008 | 6 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Darin Dwayne Hickman. (tp) (Entered: 05/19/2008) |
| 05/12/2008 |  | Appeal Remark as to 6 Notice of Appeal filed by Darin Dwayne Hickman. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 05/19/2008) |
| 05/19/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 05/19/2008) |
| 05/19/2008 |  | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 05/19/2008) |